1  LAWRENCE G. BROWN
   Acting United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   CR. S-09-0033 FCD
12              Plaintiff,          )
                                    )   STIPULATION AND ORDER
13         v.                       )   CONTINUING STATUS CONFERENCE AND
                                    )   EXCLUDING TIME
14 PETE AGAPITO CHAVEZ,             )
                                    )
15              Defendant.          )
   _____)
16

17         IT IS HEREBY STIPULATED by and between Plaintiff United

18 States of America, by and through Acting United States Attorney

19 Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, and

20 Attorney Fred Dawson, Counsel for Defendant Pete Agapito Chavez,

21 that the status conference scheduled for March 9, 2009, be

22 vacated and the matter be continued to April 13, 2009, at 10:00

23 a.m.

24         The continuance is requested by the defense to allow for

25 additional investigation and legal research.  On that basis, it

26 is further stipulated that the time for trial be tolled under the

27 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4

28 (reasonable time to prepare).

                                    1

The Court is advised that counsel have conferred upon this request and have agreed to the new status conference date of April 13, 2009.  Fred Dawson, counsel for defendant Pete Agapito Chavez, has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

Dated: March 6, 2009

                              /s/ Todd D. Leras for
                              FRED DAWSON
                              Attorney for Defendant
                              Pete Agapito Chavez

Dated: March 6, 2009

                              /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///
///
///
///
///

2

**IT IS HEREBY ORDERED**:

1.   The status conference set for March 9, 2009, is vacated.

2.   A further status conference is set for April 13, 2009, at 10:00 a.m.

3.   Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through and including April 13, 2009.

**IT IS SO ORDERED.**

Date: March 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3