Fred N. Dawson (SBN 43306)
Post Office Box 400
Fair Oaks, CA  95628
Telephone: (916) 498-1300

Attorney for Defendant
PETE AGAPITO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR. S-09-0033 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| PETE AGAPITO CHAVEZ, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant U.S. Attorney Todd D. Leras, and Fred N. Dawson, counsel for Defendant Pete Chavez, that the status conference scheduled for July 27, 2009 at 10:00 a.m. be vacated and the matter continued to Monday, August 17, 2009 at 10:00 a.m.
   The continuance is necessary to obtain additional reports from the law enforcement agency involved in this case and to allow additional investigation and legal research by the defense regarding its pending motion to suppress evidence.  It is further stipulated that time for trial be tolled under the Speedy Trial

1

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 Act, Title 18, United States Code §3161(h)(1)(F) pending pretrial
2 motion and Title 18, United States Code §3161(h)(8)(B)(iv), Local
3 Code T4 (reasonable time to prepare).
4     The Court is advised that counsel have conferred about this
5 request and have agreed to the new status conference date of
6 August 17, 2009.  Counsel for the government, Todd D. Leras, has
7 authorized counsel for defendant Pete Chavez to sign this
8 Stipulation on his behalf.

10 IT IS SO STIPULATED.

12 DATED:   July 23, 2009     */s/ Fred N. Dawson for*_____
                              TODD D. LERAS
13                            Assistant United States Attorney

15 DATED:   July 23, 2009     */s/ Fred N. Dawson*_____ __
                              FRED N. DAWSON
16                            Attorney for Defendant
                              PETE AGAPITO CHAVEZ

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED:

1.  Status conference set for July 27, 2009 is vacated and the further status conference is scheduled for August 17, 2009 at 10:00 a.m.

2.  The Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial and time under the Speedy Trial Act shall be excluded through and including August 17, 2009.

**IT IS SO ORDERED.**

Dated: July 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE