```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>PETE AGAPITO CHAVEZ,          )<br>                              )<br>          Defendant.          )<br>_____) | CR. S-09-0033 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Todd D. Leras, and Attorney Fred Dawson, Counsel for Defendant Pete Agapito Chavez, that the status conference scheduled for January 11, 2010, be vacated and the matter be continued to March 1, 2010, at 10:00 a.m.

   The government has filed a notice of appeal with the Ninth Circuit Court of Appeal regarding the Court's decision granting defendant's motion to suppress evidence.  The parties are requesting the continuance as a method for setting a control date regarding the status of the government's interlocutory appeal. If any determinations regarding the appeal are made before that

1  date, the parties will request to advance the appearance through
2  a further stipulation and proposed order.
3      It is further stipulated that the time for trial be tolled
4  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C), Local Code
5  D (interlocutory appeal).
6      The Court is advised that counsel have conferred upon this
7  request and have agreed to the new status conference date of
8  March 1, 2010.  Fred Dawson, counsel for defendant Pete Agapito
9  Chavez, has authorized Assistant United States Attorney Todd D.
10 Leras to sign this stipulation on his behalf.
11 Dated: January 6, 2010

                      /s/ Todd D. Leras for
                      FRED DAWSON
                      Attorney for Defendant
                      Pete Agapito Chavez

15 Dated: January 6, 2010

                      /s/ Todd D. Leras
                      TODD D. LERAS
                      Assistant U.S. Attorney

25 / / /
26 / / /
27 / / /
28

**IT IS HEREBY ORDERED**:

1. The status conference set for January 6, 2010, is vacated.

2. A further status conference is set for March 1, 2010, at 10:00 a.m.

3. Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through and including March 1, 2010.

**IT IS SO ORDERED.**

Date: January 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE