```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>      v.                          )<br>                                  )<br>PETE AGAPITO CHAVEZ,              )<br>                                  )<br>           Defendant.             )<br>_____) | CR. S-09-0033 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Todd D. Leras, and Attorney Fred Dawson, Counsel for Defendant Pete Agapito Chavez, that the status conference scheduled for March 1, 2010, be vacated and the matter be continued to March 22, 2010, at 10:00 a.m.

   The government has filed a notice of appeal with the Ninth Circuit Court of Appeal regarding the Court's decision granting defendant's motion to suppress evidence.  The parties previously set a status conference on March 1, 2010 to serve as a control date regarding the status of the government's interlocutory appeal.  The government is not yet able to report regarding the

1 status of the appeal.  Accordingly, both parties agree to
2 continuance of the status conference.  In the event additional
3 information regarding the status of the government's appeal is
4 known before March 22, the parties will request to advance the
5 matter on calendar.
6     It is further stipulated that the time for trial be tolled
7 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C), Local Code
8 D (interlocutory appeal).
9     The Court is advised that counsel have conferred upon this
10 request and have agreed to the new status conference date of
11 March 22, 2010.  Fred Dawson, counsel for defendant Pete Agapito
12 Chavez, has authorized Assistant United States Attorney Todd D.
13 Leras to sign this stipulation on his behalf.
14
15 Dated: February 25, 2010
16                              /s/ Todd D. Leras for
                                FRED DAWSON
17                              Attorney for Defendant
                                Pete Agapito Chavez
18
19 Dated: February 25, 2010
20                              /s/ Todd D. Leras
                                TODD D. LERAS
21                              Assistant U.S. Attorney
22
23
24
25
26 ///
27 ///
28     **IT IS HEREBY ORDERED:**

    1.   The status conference set for March 1, 2010, is vacated.

    2.   A further status conference is set for March 22, 2010, at 10:00 a.m.

    3.   Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through and including March 22, 2010.

**IT IS SO ORDERED.**

Date: February 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE