```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CR. S-09-0033 FCD |
| Plaintiff, ) | ) STIPULATION AND ORDER |
| v. ) | ) CONTINUING STATUS CONFERENCE AND |
| PETE AGAPITO CHAVEZ, ) | ) EXCLUDING TIME |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Todd D. Leras, and Attorney Fred Dawson, Counsel for Defendant Pete Agapito Chavez, that the status conference scheduled for March 22, 2010, be vacated and the matter be continued to March 29, 2010, at 10:00 a.m.

The government is filing a request for dismissal of its appeal to the Ninth Circuit of this Court's decision granting defendant's motion to suppress evidence.  The parties previously set a status conference for March 22, 2010 to serve as a control date regarding the status of the government's interlocutory appeal.  Until the Ninth Circuit grants the motion to dismiss the

1 appeal, this Court does not have jurisdiction to grant a motion
2 to dismiss the underlying charge.  The government intends to file
3 a written motion to dismiss following action by the Ninth Circuit
4 on its request for dismissal of the appeal.  Accordingly, both
5 parties agree to continuance of the status conference.
6      It is further stipulated that the time for trial be tolled
7 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C), Local Code
8 D (interlocutory appeal).
9      The Court is advised that counsel have conferred upon this
10 request and have agreed to the new status conference date of
11 March 29, 2010.  Fred Dawson, counsel for defendant Pete Agapito
12 Chavez, has authorized Assistant United States Attorney Todd D.
13 Leras to sign this stipulation on his behalf.

15 Dated: March 18, 2010

16                               /s/ Todd D. Leras for
                                 FRED DAWSON
17                               Attorney for Defendant
                                 Pete Agapito Chavez

19 Dated: March 18, 2010

20                               /s/ Todd D. Leras
                                 TODD D. LERAS
21                               Assistant U.S. Attorney

**IT IS HEREBY ORDERED**:

1. The status conference set for March 22, 2010, is vacated.

2. A further status conference is set for March 29, 2010, at 10:00 a.m.

3. Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through and including March 29, 2010.

**IT IS SO ORDERED.**

Date: March 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3