1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-09-0033 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME |
| PETE AGAPITO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Todd D. Leras, and Attorney Fred Dawson, Counsel for Defendant Pete Agapito Chavez, that the status conference scheduled for March 29, 2010, be vacated and the matter be continued to April 12, 2010, at 10:00 a.m.

The government has filed a request for dismissal of its appeal to the Ninth Circuit of this Court's decision granting defendant's motion to suppress evidence.  The parties previously set a status conference for March 29, 2010 to serve as a control date regarding the status of the government's interlocutory appeal.  Until the Ninth Circuit grants the government's motion

to dismiss the appeal, this Court does not have jurisdiction to grant a motion to dismiss the underlying charge. The government intends to file a written motion to dismiss following action by the Ninth Circuit on its request for dismissal of the appeal. Accordingly, both parties agree to continuance of the status conference.

It is further stipulated that the time for trial be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C), Local Code D (interlocutory appeal).

The Court is advised that counsel have conferred upon this request and have agreed to the new status conference date of April 12, 2010. Fred Dawson, counsel for defendant Pete Agapito Chavez, has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

Dated: March 26, 2010

                                     /s/ Todd D. Leras for
                                     FRED DAWSON
                                     Attorney for Defendant
                                     Pete Agapito Chavez

Dated: March 26, 2010

                                     /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

**IT IS HEREBY ORDERED**:

1. The status conference set for March 29, 2010, is vacated.

2. A further status conference is set for April 12, 2010, at 10:00 a.m.

3. Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through and including April 12, 2010.

IT IS SO ORDERED

Date: March 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE