```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-033 FCD |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | THE INDICTMENT; **ORDER** |
| v. ) | |
| ) | |
| PETE AGAPITO CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure, and in the interest of justice, the indictment pending against defendant Pete Agapito Chavez in this case.

On November 24, 2009, following briefing and an evidentiary hearing, this Court entered an order granting defendant's motion to suppress evidence. The Court's order was based on the United States Supreme Court's decision in Arizona v. Gant, 129 S. Ct. 1710 (2009), which was issued after the arrest and return of the indictment in this case. The government timely filed an interlocutory appeal to

the United State Court of Appeals for the Ninth Circuit.  The government subsequently filed a motion to dismiss the appeal.  The Ninth Circuit granted the government's motion on April 1, 2010, directing that its order served as a mandate to the district court.

The government moves consistent with the Principles of Federal Prosecution to dismiss the indictment.  This motion is based on the state of the evidence following the granting of defendant's suppression motion.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: April 1, 2010

 /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the government's motion, it is hereby ordered that the indictment in this case is dismissed without prejudice.

DATED: April 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE